In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00428-CR


NO. 09-08-00429-CR


____________________



BRANDON MARK JOHNSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 07-01974 and 08-02751






MEMORANDUM OPINION


 Pursuant to plea bargain agreements, appellant Brandon Mark Johnson pled guilty to
deadly conduct and possession of a controlled substance. (1) In each case, the trial court found
the evidence would be sufficient to find Johnson guilty, but deferred such findings. In the
deadly conduct case, the trial court placed Johnson on community supervision for five years
and assessed a fine of $1,000. In the possession of a controlled substance case, the trial court
placed Johnson on community supervision for five years and assessed a fine of $500. The
State subsequently filed a motion to revoke Johnson's unadjudicated community supervision
in each case. Johnson pled "true" in both cases to four violations of the terms of his
community supervision. In each case, the trial court found that Johnson violated the
conditions of his community supervision, found him guilty, and assessed punishment at seven
years of confinement. The trial court ordered that the sentences were to run concurrently. 
 Johnson's appellate counsel filed a brief that presents counsel's professional
evaluation and concludes the appeals are frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On March 5, 2009, we granted an extension of time for appellant to file a pro se brief
in each case. We received no response from the appellant. We reviewed the appellate
records, and we agree with counsel's conclusion that no arguable issues support the appeals. 
Therefore, we find it unnecessary to order appointment of new counsel to re-brief the
appeals. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We
affirm the trial court's judgments. (2)

 AFFIRMED.

 _________________________________

 CHARLES KREGER

 Justice


Submitted on June 1, 2009

Opinion Delivered June 24, 2009

Do not publish


Before Gaultney, Kreger, and Horton, JJ.

1. In the possession of a controlled substance case, the indictment and the judgment
refer to appellant as "Brandon Mark Johnson aka Lil Brandon." 
2. Appellant may challenge our decision in these cases by filing a petition for
discretionary review. See Tex. R. App. P. 68.